IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Case No. 1:08mj292 |
| ) | |
| TERENCE SMALLS, ) | |
| ) | |
| Defendant. ) | |

FILED APR 2 4 2008 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Patrick A. Blake, after being duly sworn, depose and state:

1. I am a Special Agent of the United States Postal Service (USPS), Office of Inspector General (OIG). I am currently assigned to the Capital Metro Area Field Office. I have been employed in this position since August 2007.

2. My duties as a Special Agent with the USPS, OIG, include, but are not limited to, conducting criminal investigations involving USPS employees. I have received training in conducting criminal investigations from the Federal Law Enforcement Training Center. In addition, prior to my employment with the USPS, OIG, I was employed as a Special Agent with the United States Department of Treasury, Office of the Inspector General for approximately six (6) years, where I was assigned to both the United States Secret Service Metro Area Fraud Task Force and the Richmond Identity Theft Task Force.

3. This affidavit contains information in support of a criminal complaint and arrest warrant for the defendant, Terence SMALLS, also known as Terence Bess, Terrance Bess, Terrence Bess, Donell Parham, Donnell Parham, Donald Parman, Donnell Parman, Donell Parmun, Darnell Parnam, Terrance Smalle, George Smalls, Terance George Smalls, Terence Smalls, Terence George Smalls, Terrance Smalls, Terrence Smalls, and Terrence George Smalls

(hereinafter, "SMALLS"), who is further described as: DOB xx/xx/1966; SSN xxx-xx-2070; FBI number xxxxxxAA7.

4. The complaint charges the defendant with knowingly and willfully making a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, in violation of Title 18, United States Code, Section 1001(a)(2).

5. The facts and information contained in this affidavit are based on personal knowledge, as well as observations of other agents and officers involved in this investigation. This affidavit contains information necessary to support probable cause and is not intended to include each and every fact and matter observed by or known to the government.

6. On or about October 27, 2007, SMALLS submitted an application for a position with the USPS, PS Form 2591 (Application for Employment). SMALLS signed at the end of the form next to the statement "I certify that all of the statements made in this application are true, complete, and correct to the best of my knowledge and belief and are in good faith." In addition, at the USPS Human Resources department, located in Fairfax County, VA, at 8409 Lee Highway, Merrifield, VA 22081, in the presence of a USPS Human Resources officer, SMALLS reviewed the form for accuracy and signed his initials next to his answer of "No" in response to question 7(a), which asked:

> Have you ever been convicted of a crime or are you now under charges for any offense against the Law? You may omit: (1) any charges that were dismissed or resulted in acquittal; (2) any conviction that has been set aside, vacated, annulled, expunged, or sealed; (3) any offense that was finally adjudicated in juvenile court or juvenile delinquency proceeding; and (4) any charges that resulted only in a conviction of a non-criminal offense. All felony and misdemeanor convictions and all convictions in state and federal courts are criminal convictions and must be disclosed. Disclosure of such convictions is required even if you did not spend any time in jail and/or were not required to pay a fine.

7.      On or about November 26, 2007, SMALLS submitted PS Form 61 (Appointment Affidavit) in the presence of an USPS officer and answered "No" in response to question 6(a), which asked:

> Since you filed application for this employment, have you . . . been convicted of an offense against the law or forfeited collateral, or are you now under charges for any offense against the law? *You may omit (1) traffic violations for which you paid a fine of $30.00 or less; and (2) any offense finally adjudicated in a juvenile court.*

SMALLS initialed next to the statement "APPOINTEE REVIEW AND CERTIFCATION THAT ABOVE INFORMATION IS CORRECT."

8.      On or about January 25, 2008, SMALLS submitted another PS Form 2591 (Application for Employment). SMALLS signed at the end of the form next to the statement "I certify that all of the statements made in this application are true, complete, and correct to the best of my knowledge and belief and are in good faith." In addition, at the USPS Human Resources department, located in Fairfax County, VA, at 8409 Lee Highway, Merrifield, VA 22081, in the presence of a USPS Human Resources officer, SMALLS again reviewed the form for accuracy and signed his initials next to his answer of "No" in response to question 7(a).

9.      This investigation has revealed that SMALLS has been convicted of several felonies. In particular, on or about July 5, 1994, the Superior Court of the District of Columbia convicted SMALLS, under his alias "Terrence Bess," for attempting to possess with the intent to distribute cocaine and sentenced him to four to twelve years of imprisonment.

10.     On or about February 29, 2008, SMALLS was interviewed regarding allegations that he made false statements to the USPS. When questioned about question 7(a) on his PS Form 2591 (Application for Employment), SMALLS admitted that he read and understood the question and that he intentionally falsified his answer when he checked the "No" box. SMALLS

3

stated that checking the "No" box was a false statement because he knew of his past felony convictions.

11. In addition, on or about February 29, 2008, SMALLS provided a written statement to the USPS stating that "I went to the court and I was told that there was no record of what I had done so I thought that it would not show up." SMALLS's written statement also stated that "on or about 1994 I was sentence to 4-12 years for distribution" and that between 1991 and 2000, "I was or used Terence Bess."

12. Based on the above-mentioned information, there is probable cause to believe that on or about October 27, 2007, and on or about January 25, 2008, within the Eastern District of Virginia, the defendant Terence SMALLS knowingly and willfully made a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, in violation of Title 18, United States Code, Section 1001(a)(2).

Patrick A. Blake
Special Agent
United States Postal Service
Office of the Inspector General

Subscribed to and sworn before me this
24th of April 2008.

_____/s/_____
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia

4